UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL WAYNE FLINT,**

        **Plaintiff,**

**v.**                                                              **Case No:  6:20-cv-92-Orl-40EJK**

**UNIVERSITY OF CENTRAL FLORIDA,**

        **Defendant.**
_____/

### ORDER

This case is before the Court upon review of the file. It is **ORDERED** that Plaintiff pay the filing fee or file an Affidavit of Indigency or other application to proceed *in forma pauperis* within twenty-one (21) days from the date of this Order. Failure to comply with this Order will result in dismissal of the case without further notice.

**DONE AND ORDERED** in Orlando, Florida on January 21, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Parties