IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL WAYNE FLINT,

    Plaintiff,

v.

UNIVERSITY OF CENTRAL FLORIDA,

    Defendant.

Case No. 6:20CV92-40-EJK

MOTION

Plaintiff, Michael Wayne Flint, in pro se representation, states as follows:

**MOTION FOR AUTHORIZATION FOR THE PRO SE PLAINTIFF TO USE THE ELECTRONIC FILING SYSTEM**

This Plaintiff, Michael Wayne Flint, requests authorization to use the electronic filing system for this civil case. In support of this request, this Plaintiff states that:

1. Plaintiff's permanent residential location in Tallahassee, Florida means that he must travel in excess of five hundred and sixty (560) total miles to submit court documents related to this case.

2. Electronic filing will help all parties and this Court to efficiently manage the proceedings related to this case.

3. Plaintiff requests that this Court authorize his participation in this electronic filing system under the provisions of Local Rule 1.01(a) and the Administrative

1

Procedures for Electronic Filing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed today, on Friday, January 31, 2020, the foregoing with the Federal Clerk of the Court for the Middle District of Florida, which will send notification of this filing to all such persons registered for this case, including the Defendant's counsel.

Respectfully submitted, this 31st day of January, 2020,

By Pro Se Representative for the Plaintiff :

*Michael Wayne Flint*
Pro Se Representative
Michael Wayne Flint
16068 Sunray Road
Tallahassee, Florida 32309
Email: mflint47@gmail.com